UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERGIO A. AJANEL,

              Plaintiff,

      vs.

THE GOLDMAN SACHS GROUP, INC.,

           Defendant.

Case No. 2:25-cv-04128-MWC-AS

**ORDER GRANTING JOINT STIPULATION TO ARBITRATE AND STAY ACTION (DKT. 14)**

1

The Court, having reviewed the Stipulation to Arbitrate and Stay Action filed by Defendant Goldman Sachs USA ("Goldman Sachs") and Plaintiff Sergio A. Ajanel ("Plaintiff") (together the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1.      The Court **GRANTS** the Stipulation;

2.      Plaintiff shall submit all claims in this action against Goldman Sachs to binding individual arbitration before the American Arbitration Association pursuant to the terms of the parties' arbitration agreement contained in the Lease Agreement governing Plaintiff's account and lease with Goldman Sachs; and

3.      The proceedings in this action against Goldman Sachs shall be stayed pending completion of the arbitration.

Dated: July 8, 2025

_____
Hon. Michelle Williams Court
United States District Judge

2